Jones, Appellant, *v.* Gulf Refining Co.

Submitted November 30, 1928. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

94

*William H. Wylie* and *James F. Boylan,* for appellant.

*Stanley B. Rice* and *Maurice W. Sloan,* of *Sloan, White & Sloan,* for appellee.

PER CURIAM, January 7, 1929 :
The judgment in this case is affirmed on the opinion of the court below.